IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Martello, Vincent J

Printed: 8/21/07

Case Number: 07 B 06536
Judge: Hollis, Pamela S
Filed: 4/12/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: July 20, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,626.00 |  |
| Secured: |  | 1,068.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 470.20 |
| Trustee Fee: |  | 87.80 |
| Other Funds: |  | 0.00 |
| Totals: | 1,626.00 | 1,626.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stuart B Handelman | Administrative | 800.00 | 470.20 |
| 2. | Ford Motor Credit Corporation | Secured | 16,242.15 | 1,068.00 |
| 3. | National City Bank | Unsecured | 181.05 | 0.00 |
| 4. | Credit First | Unsecured | 147.78 | 0.00 |
| 5. | Target National Bank | Unsecured | 59.38 | 0.00 |
| 6. | American Express Travel Relate | Unsecured | 839.33 | 0.00 |
| 7. | Federated Retail Holdings Inc | Unsecured | 39.35 | 0.00 |
| 8. | American Express Centurion | Unsecured | 526.89 | 0.00 |
| 9. | Federated Retail Holdings Inc | Unsecured | 35.32 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 50.45 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 76.21 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 532.08 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 187.42 | 0.00 |
| 14. | B-Real LLC | Unsecured | 696.41 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 199.80 | 0.00 |
| 16. | Discover Financial Services | Unsecured | 368.51 | 0.00 |
| 17. | B-Real LLC | Unsecured | 295.22 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 95.63 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 111.00 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 41.11 | 0.00 |
| 21. | Capital One | Unsecured | 18.60 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 121.08 | 0.00 |
| 23. | World Financial Network Nat'l | Unsecured | 28.91 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 62.54 | 0.00 |
| 25. | American Express | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Martello, Vincent J

Printed: 8/21/07

Case Number: 07 B 06536
Judge: Hollis, Pamela S
Filed: 4/12/07

| | | | |
|---|---|---|---|
| 26. | BP Amoco | Unsecured | No Claim Filed |
| 27. | Capital One | Unsecured | No Claim Filed |
| 28. | Chicago Imaging Ltd | Unsecured | No Claim Filed |
| 29. | Citibank | Unsecured | No Claim Filed |
| 30. | CitiFinancial | Unsecured | No Claim Filed |
| 31. | CitiFinancial | Unsecured | No Claim Filed |
| 32. | Fingerhut | Unsecured | No Claim Filed |
| 33. | Exxon Mobil | Unsecured | No Claim Filed |
| 34. | Macy's | Unsecured | No Claim Filed |
| 35. | Sears / Citibank SD | Unsecured | No Claim Filed |
| 36. | Wickes Furniture | Unsecured | No Claim Filed |

_____        _____
$ 21,756.22       $ 1,538.20

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 87.80 |

_____
$ 87.80

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_